USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAURA CESPEDES, individually, and on behalf of all others similarly situated,

                Plaintiff,

-against-

HERITAGE HEALTH AND HOUSING, INC. and ALVARO SIMMONS,

                Defendants.

**ORDER OF DEFAULT AND ENTRY OF DEFAULT JUDGMENT**

17 Civ. 1463 (ER)

---

Ramos, D.J.:

    Having considered Plaintiff's Order to Show Cause for Default Judgment against Defendant Heritage Health and Housing, Inc., the Court finds as follows:

    1.    Defendant Heritage Health and Housing, Inc. has been duly served with the Summons and Complaint in the manner, form, and time required by law.

    2.    Timely notice of the hearing held on April 6, 2018, for Plaintiff's Order to Show Cause for Default Judgment was properly served upon Defendant Heritage Health and Housing, Inc.

    3.    Defendant Heritage Health and Housing, Inc. has failed to appear, answer, or otherwise defend this action.

    4.    The time for appearing and answering Plaintiff's Complaint has passed.

NOW, THEREFORE, IT IS HEREBY ORDERED:

The Court hereby grants a default judgment for Plaintiff against Defendant Heritage Health and Housing, Inc. in the total amount of $78,579.48, consisting of the following:

- $58,106.00 in actual damages and liquidated damages;
- $6,571.83 in interest;

- $13,255.00 in attorneys' fees; and

- $646.65 in expenses.

It is SO ORDERED.

Dated:   April 26, 2018
         New York, New York

_____
Edgardo Ramos, U.S.D.J.

2