UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: April 9, 2020

LAURA CESPEDES,

       Plaintiff,

 – against –

ALVARO SIMMONS,

       Defendant.

**ORDER**

17 Civ. 1463 (ER)

Ramos, D.J.:

 The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: April 9, 2020
    New York, New York

                Edgardo Ramos, U.S.D.J.